1  Lary Alan Rappaport, SBN 87614
   lrappaport@proskauer.com
2  Robert H. Horn, SBN 134710
   rhorn@proskauer.com
3  Tanya L. Forsheit, SBN 192472
   tforsheit@proskauer.com
4  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
5  Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
6  Facsimile:    (310) 557-2193

7  Attorneys for Plaintiff
   Proskauer Rose LLP
8

**MADE JS-6**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROSKAUER ROSE LLP, a New York limited Liability partnership, Plaintiff, v. BLIX STREET RECORDS, INC., a Washington corporation; WILLIAM R. STRAW, a Washington resident, Defendants. | Case No. CV 06-4040 GW (VBKx) JUDGMENT ON THE COMPLAINT |

     This action was duly tried before a jury, commencing on February 8, 2008, the Honorable George H. Wu presiding. The matter was duly submitted to the jury by means of a special verdict consisting of a series of questions.

     On February 20, 2008, according to the instructions given to the jury, the jury returned its verdict by way of its answers to the questions propounded to it. In accordance with the verdict so rendered by the jury's responses in this matter,

     IT IS HEREBY ADJUDGED that:

     1.    Plaintiff Proskauer Rose LLP recover the sum of $1,034,979.85 from defendants Blix Street Records, Inc. and William R. Straw on its claim for breach of contract as set out in the complaint;

     2.    Plaintiff Proskauer Rose LLP recover its costs of suit, as taxed by the Clerk; and

     3.    The judgment will bear interest at the judgment rate until fully satisfied.

Dated: April 8, 2008

_____
George H. Wu
United States District Judge

1